# United States Bankruptcy Court
# District of Puerto Rico

IN RE: **RODRIGUEZ CERVERA, JOSE ANTONIO & GARCIA APONTE, NANETTE JUDITH**
Debtor(s)

Case No. _____
Chapter **13**

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☑ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **5/31/2011**  ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION  Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **345.00** x **15** = $ **5,175.00**
$ **475.00** x **45** = $ **21,375.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **26,550.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **26,550.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,645.00**

Signed: **/s/ JOSE ANTONIO RODRIGUEZ CERVERA**
Debtor

**/s/ NANETTE JUDITH GARCIA APONTE**
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR _____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **RG MORTGAGE** Cr. _____ Cr. _____
# **1154** # _____ # _____
$ **5,743.61** $ _____ $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **BBVA BANCO** Cr. **FORD MOTOR CRED** Cr. _____
# **6723** # **4755** # _____
$ **1,407.29** $ **2,059.17** $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**AEELA    COOP A/C MOROVE**
5. ☐ Other: _____
6. ☑ Debtor otherwise maintains regular payments directly to:
**RG MORTGAGE**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☑ Classifies ☐ Does not Classify Claims.
1. (a) Class A: ☑ Co-debtor Claims / ☐ Other: _____
☑ Paid 100% / ☐ Other: _____
Cr. **COOP A/C MOROVE** Cr. **COOP A/C MOROVE** Cr. _____
# **8693-2** # **8693-1** # _____
$ **1,754.01** $ **6,360.84** $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**See Continuation Sheet**

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**    Phone: **(787) 758-4400**

AMENDED CHAPTER 13 PAYMENT PLAN

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **RODRIGUEZ CERVERA, JOSE ANTONIO & GARCIA APONTE, NANETTE JUDIT**   Case No. _____
                                                   Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

**TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR 11 USC 330.**

**FAILURE TO TIMELY OBJECT TO THIS PLAN CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT UNDER 11 USC 1325(a)(5).**

**ANY POST PETITION INCOME TAX REFUND THAT DEBTOR(S) WOULD BE ENTITLED TO RECEIVE DURING THE TERM OF THE PLAN WILL BE USED TO FUND THIS PLAN.  AFTER ITS CONFIRMATION, AND WITHOUT FURTHER NOTICE, HEARING OR COURT ORDER, THE PLAN SHALL BE DEEMED MODIFIED BY THE INCREMENT(S) TO ITS BASE, IN AN AMOUNT EQUAL TO THE AMOUNT OF EACH INCOME TAX REFUND.**

**TRUSTEE WILL PAY ATORNEY'S FEES BEFORE ANY SECURED CREDITOR AND AFTER ATTORNEYS FEES, THE TRUSTEE WILL PAY AHEAD SECURED CREDITORS  BBVA AND FORD MOTOR CREDIT AHEAD OF OTHER SECURED CREDITORS IN ORDER TO MINIMIZE INSURANCE COSTS AND MAXIMIZE DISTRIBUTION TO GENERAL UNSECURED CREDITORS.**

**ADEQUATE PROTECTION PAYMENT TO BBVA UNTIL CONFIRMATION $30.00 TO BE PAID BY TRUSTEE MONTHLY.**

**STEP UP PAYMENT IN MONTH NUMBER 16 IS AT THE TIME DEBTOR PAYS OF RETIREMENT LOAN.**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only