## IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE:  JOSE ANTONIO RODRIGUEZ CERVERA
NANETTE JUDITH GARCIA APONTE

Bkrtcy. No.  11-04522-SEK

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES
## AND REPORT ON CONFIRMATION

| | | | | |
|---|---|---|---|---|
| Petition Filing Date: | May 31, 2011 | Meeting Date | Jul 01, 2011 | DC Track No. _35_ |
| Days from petition date | 31 | Meeting Time | 3:00 PM | |
| 910 Days before Petition | 12/2/2008 | ☐ Chapter 13 Plan Date | May 31, 2011  Dkt.# 2 | ☐ Amended. |
| This is debtor(s) | Bankruptcy petition. | Plan Base: | $26,550.00 | |
| This is the _____ | Scheduled Meeting | Confirmation Hearing Date: | Aug 09, 2011 | Time: 9:00 AM |

| Payment(s) ☐ Received or ☐ Evidence shown at meeting: | Ck/MO No. | Date | Amount | Total Paid In: | $0.00 |
|---|---|---|---|---|---|

---

**I. Appearances:**  ☐ Telephone  ☐ Video Conference

☐ Debtor Present   ☐ ID & Soc. OK   ☐ Debtor Absent
☐ Joint Debtor Present   ☐ ID & Soc. OK   ☐ Joint Debtor Absent
Debtor(s) was/were   ☐ Examined   **Not Examined under oath.**
Attorney for Debtor(s)   ☒ Present   ☐ **Not Present**
☐ Substitute attorney:   _Lcda Henriquez_ Pro-se.

☒ Creditor(s) present:   ☒ None.
_Coop. Monserg - Lcdo. Fred._

---

**II. Attorneys Fees as per R 2016(b) Statement**   Attorney of record:   **MARILYN VALDES ORTEGA***

Total Agreed: **$3,000.00**   Paid Pre-Petition: **$355.00**   Outstanding: THROUGH THE PLAN  **$2,645.00**

---

**III. Trustee's will file Motion to Dismiss:**   ☐ For Failure to appear;   ☐ For Failure to commence payments.

---

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**

Debtor(s) Income is (are)   ☐ Under   ☐ Above Median Income.   **Liquidation Value:** _TBD_

**Commitment Period is**   ☐ 36   ☐ 60 months.   [§1325(b)(1)(B)]   **Gen. Unsecured Pool:** _TBD_

**The Trustee**   ☒ **RECOMMENDS**   ☐ **OBJECTS**   **Plan confirmation.**

§341 Meeting   ☒ CONTINUED  ☐ NOT HELD  ☐ CLOSED  ☐ HELD OPEN FOR ___ DAYS

§341 Meeting Rescheduled for:   _Sine die_

---

**V. Trustee's OBJECTIONS to Confirmation:**

☐ FEASIBILITY [§1325(a)(6)]   ☐ INSUFFICIENTLY FUNDED   ☐ To pay §507   ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS   ☐ Tax returns requirements. [§1308] _____
☐ Failure to comply with DSO requirements   ☐ Plan not filed in Good Faith §1325(a)(3)   ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**
_J- Debtor had medical emergency unable to attend hearing._

---

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of _1_

Date: Jul 01, 2011