**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>JOSE A. RODRIGUEZ CERVERA<br>NANNETTE J. GARCIA APONTE<br><br>Debtors | CASE NO. 2011-04522-SEK<br><br>CHAPTER 13 |

**NOTICE OF APPEARANCE**

**TO THE HONORABLE COURT:**

Comes now, Ford Motor Credit Company, creditor, through the undersigned attorneys and very respectfully state and pray that the appearing party is represented by the undersigned counsel in all judicial proceedings regarding this case pending before this Honorable Court.

WHEREFORE, it is respectfully prayed that the Master Address List be amended so as to permit future notices addressed to appearing party be also served upon the undersigned counsel at the following address:

**FERNANDEZ, COLLINS, CUYAR & PLA
P.O. BOX 9023905
SAN JUAN, PUERTO RICO 00902-3905**

RESPECTFULLY SUBMITTED.

I HEREBY CERTIFY that on this same date the foregoing was electronically filed, utilizing the CM/ECF System, which upon information and belief will notify the same to the following parties:

| | |
|---|---|
| Marilyn Valdés Ortega | valdeslaw@prtc.net |
| José R. Carrión Morales | newecfmail@ch13-pr.com |

In San Juan, Puerto Rico, on this 6th day of July, 2011.

**FERNANDEZ, COLLINS, CUYAR & PLA**

/s/ Maximiliano A. Plá Méndez
JUAN A.CUYAR COBB
USDCPR 2124332
jcc@fccplawpr.com
MAXIMILIANO A. PLA MENDEZ
USDCPR 224307
map@fccplawpr.com
P.O. BOX 9023905
SAN JUAN, PUERTO RICO 00902-3905
TEL. 787-977-3772 FAX 787-977-3773