UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:
JOSE ANTONIO RODRIGUEZ CERVERA
NANETTE JUDITH GARCIA APONTE

DEBTOR (S)

CASE NO. 11-04522-SEK

CHAPTER 13

NOTICE OF CONTINUANCE OF
341 MEETING OF CREDITORS

TO ALL PARTIES IN INTEREST:

The section 341 meeting of creditors scheduled for Fri Jul 1, 2011 at 3:00 pm has been continued to Tue Oct 4, 2011 at 2:00 pm at Ochoa Bldg., Tanca St., 1Fl., Comercio St. Entrance, San Juan PR 00901.

In San Juan, Puerto Rico this, Wednesday, July 13, 2011.

I CERTIFY that on this same date I have mailed a true copy of this notice to debtor, debtor's attorney and all parties in interest as per master address list.

/s/ Jose R. Carrion
Office of Jose R. Carrion
Chapter 13 Trustee
PO Box 9023884, Old San Juan Station
San Juan, PR 00902-3884
Tel. (787) 977-3535

```
11-04522-SEK              CERTIFICATE OF MAILING
```

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| MARILYN VALDES ORTEGA*<br>PO BOX 195596<br>HATO REY, PR 00919-5596 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918 | JOSE ANTONIO RODRIGUEZ CERVERA<br>MONTE VERDE<br>510 CALLE MONTE ARARAT<br>MANATI, PR 00674 |
| ASOCIACION EMPLEADOS DEL ELA<br>PO BOX 364508<br>SAN JUAN, PR 00936-4508 | BANCO BILBAO VIZCAYA<br>C/O ANGEL VAZQUEZ BAUZA<br>PO BOX 191017<br>SAN JUAN, PR 00919-1017 |
| BANCO BILBAO VIZCAYA<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 | CHEMPROD CORP<br>URB INDTL CORREA<br>PO BOX 1886<br>BAYAMON, PR 00961 |
| CITIFINANCIAL<br>CARR PR149 INT. PR2<br>MANATI CENTRO PLAZA LOCAL 8<br>MANATI, PR 00674 | COOP A/C MOROVENA<br>PO BOX 577<br>MOROVIS, PR 00687-0557 |
| COOP A/C MOROVENA<br>C/O LUIS FRED SALGADO<br>PMB 15<br>497 AVE EMILIANO POL<br>SAN JUAN, PR 00926-5639 | DEPARTAMENTO DE EDUCACION<br>PO BOX 190759<br>SAN JUAN, PR 00919 |
| DORADO CONCRETE<br>PO BOX 360620<br>SAN JUAN, PR 00936-0620 | EASTERN AMERICA INSURANCE COMPANY<br>PO BOX 9023862<br>SAN JUAN, PR 00902 |
| FORD MOTOR CREDIT<br>DRAWER 55-953<br>PO BOX 55000<br>DETROIT, MI 48255-0953 | FORD MOTOR CREDIT COMPANY LLC<br>PO BOX 537901<br>LIVONIA, MI 48153-9905 |
| FORD MOTOR CREDIT COMPANY PR INC<br>C/O FERNANDEZ COLLINS & RIVERO-VERGE<br>PO BOX 9023905<br>SAN JUAN, PR 00902-3905 | HEALTH DISTILLERS INTERNATIONAL<br>PO BOX 363885<br>SAN JUAN, PR 00936-3885 |
| RETIREMENT<br><br>, PR 00000 | SAMS CLUB<br>PO BOX 530942<br>ATLANTA, GA 30353-0942 |
| SCOTIABANK DE PUERTO RICO<br>C/O CARDONA JIMENEZ LAW OFFICES<br>PO BOX 9023593<br>SAN JUAN, PR 00902-3593 | SCOTIABANK DE PUERTO RICO<br>PO BOX 362394<br>SAN JUAN, PR 00936-2394 |

```
VENTANAS DEL NORTE                          WAL-MART
CARR 670                                    PO BOX 530927
BUZON 81-1                                  ATLANTA, GA  30353-0927
MANATI, PR  00674
```

DATED: July 13, 2011              OLGA SOSA

OFFICE OF THE CHAPTER 13 TRUSTEE