IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | |
|---|---|
| | CASE NO. 11-04522 SEK |
| JOSE ANTONIO RODRIGUEZ CERVERA | Chapter 13 |
| NANETTE JUDITH GARCIA APONTE | |
| XXX-XX-9164 | |
| XXX-XX-9093 | |
| Debtor(s) | |

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**

The **HEARING** scheduled for **08/09/2011 AT 09:00 A.M.** at the United States Bankruptcy Court, U.S. Post Office and Courthouse Building, second floor, Courtroom 1, 300 Recinto Sur Street, Old San Juan, Puerto Rico **HAS BEEN RESCHEDULED FOR 11/04/2011 AT 1:30 P.M.**

San Juan, Puerto Rico, this 14 day of July, 2011.

**MARÍA DE LOS ÁNGELES GONZÁLEZ, ESQ.**
**Clerk of the Court**

BY: ALVIN CENTENO GONZALEZ
Deputy Clerk

**DEALINE TO OBJECT TO THE CONFIRMATION OF THE PLAN:**

**OBJECTIONS MUST BE FILED NOT LATER THAN FOURTEEN (14) DAYS PRIOR THE HEARING ON CONFIRMATION AS PER P.R. LOCAL RULE 3015-2(e) (1).**