# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: JOSE ANTONIO RODRIGUEZ CERVERA
NANETTE JUDITH GARCIA APONTE

Bkrtcy. No. 11-04522-MCF

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: May 31, 2011
Meeting Date: Oct 04, 2011
DC Track No. 17

Days from petition date: 126
Meeting Time: 2:00 PM

910 Days before Petition: 12/2/2008
☐ Chapter 13 Plan Date: Jul 06, 2011 Dkt.# 23 ☐ Amended.

This is debtor(s) 2nd Bankruptcy petition.
Plan Base: $29,700.00

This is the ___ Scheduled Meeting
Confirmation Hearing Date: Nov 04, 2011 ✓ Time: 1:30 PM

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Ck/MO No. | Date | Amount
Total Paid In: $1,035.00

**I. Appearances:** ☐ Telephone ☐ Video Conference  ☐ Creditor(s) present: ☒ None.
☒ Debtor Present  ☒ ID & Soc. OK  ☐ Debtor Absent
☒ Joint Debtor Present  ☒ ID & Soc. OK  ☐ Joint Debtor Absent
Debtor(s) was/were ☒ Examined  ☐ Not Examined under oath.
Attorney for Debtor(s) ☒ Present  ☐ Not Present
☐ Substitute attorney: _Carla Henriquez, Esq._ ☐ Pro-se.

**II.** Attorneys Fees as per R 2016(b) Statement  Attorney of record: MARILYN VALDES ORTEGA*
Total Agreed: $3,000.00  Paid Pre-Petition: $355.00  Outstanding: $2,645.00 THROUGH THE PLAN

**III.** Trustee's will file Motion to Dismiss:  ☐ For Failure to appear;  ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
Debtor(s) Income is (are)  ☐ Under  ☒ Above Median Income.  Liquidation Value: _____
Commitment Period is  ☐ 36  ☒ 60 months.  [§1325(b)(1)(B)] Gen. Unsecured Pool: _____

The Trustee  ☐ RECOMMENDS  ☒ OBJECTS  Plan confirmation.
§341 Meeting  ☐ CONTINUED  ☐ NOT HELD  ☒ CLOSED  ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for: _____

**V. Trustee's OBJECTIONS to Confirmation:**
☐ FEASIBILITY [§1325(a)(6)]  ☒ INSUFFICIENTLY FUNDED  ☐ To pay §507  ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS  ☐ Failure to comply with Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements  ☐ Plan not filed in Good Faith §1325(a)(3)  ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**
Retirement loan matures on August 2012.
The plan needs a minimum base of approximately $38,495.00.

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1

Date: Oct 04, 2011