IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NUM.: 11-04522 MCF |
|---|---|
| JOSE A. RODRIGUEZ CERVERA<br>NANETTE J. GARCIA APONTE<br>DEBTOR(S) | CHAPTER 13 (ASSET CASE) |

## CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. The undersigned attorney hereby a certificate that has notified all creditors and persons with interest as per master address list of the Chapter 13, **dated 10/20/2011**.

**WHEREFORE,** it is respectfully requested from this Honorable Court to take notice of this service.

In San Juan, Puerto Rico, this 20th, day of October 2011.

**RESPECTFULLY SUBMITTED.**

*/S/MARILYN VALDES ORTEGA*
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail: valdeslaw@prtc.net

United States Bankruptcy Court
District of Puerto Rico

IN RE:     Case No. **11-04522-13**

**RODRIGUEZ CERVERA, JOSE ANTONIO & GARCIA APONTE, NANETTE JUDITH**     Chapter **13**
Debtor(s)

# AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☑ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED:
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: **10/20/2011**
Filed by: ☑ Debtor ☐ Trustee ☐ Other

## I. PAYMENT PLAN SCHEDULE

$ **345.00** x **15** = $ **5,175.00**
$ **545.00** x **45** = $ **24,525.00**
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___

TOTAL: $ **29,700.00**

Additional Payments:
$ ___ to be paid as a LUMP SUM within ___ with proceeds to come from:

☐ Sale of Property identified as follows:
___

☐ Other:
___

Periodic Payments to be made other than, and in addition to the above:
$ ___ x ___ = $ ___

PROPOSED BASE: $ **29,700.00**

## II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR $ ___
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **RG MORTGAGE**   Cr. ___   Cr. ___
# **1154**   # ___   # ___
$ **7,177.47**   $ ___   $ ___
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **BBVA BANCO**   Cr. **FORD MOTOR CREC**   Cr. ___
# **6723**   # **4755**   # ___
$ **3,911.82**   $ **2,059.17**   $ ___
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ___   Cr. ___   Cr. ___
# ___   # ___   # ___
$ ___   $ ___   $ ___
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**AEELA**     **COOP A/C MOROVE**
5. ☐ Other:
6. ☑ Debtor otherwise maintains regular payments directly to:
**RG MORTGAGE**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law.
11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☑ Classifies ☐ Does not Classify Claims.
1. (a) Class A: ☑ Co-debtor Claims / ☑ Other: **Ahead**
Paid 100% / ☐ Other:
Cr. **COOP A/C MOROVE**   Cr. **COOP A/C MOROVE**   Cr. ___
# **8693-2**   # **8693-1**   # ___
$ **1,754.01**   $ **6,360.84**   $ ___
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**See Continuation Sheet**

## III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,645.00**

Signed:
    Debtor

    Joint Debtor    /s/ Marilyn Valdes Ortega

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**     Phone: **(787) 758-4400**

AMENDED CHAPTER 13 PAYMENT PLAN

IN RE RODRIGUEZ CERVERA, JOSE ANTONIO & GARCIA APONTE, NANETTE JUDI'  Case No. 11-04522-13
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN
Continuation Sheet - Page 1 of 1

1. TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR 11 USC 330.

2. FAILURE TO TIMELY OBJECT TO THIS PLAN CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT UNDER 11 USC 1325(a)(5).

3. ANY POST PETITION INCOME TAX REFUND THAT DEBTOR(S) WOULD BE ENTITLED TO RECEIVE DURING THE TERM OF THE PLAN WILL BE USED TO FUND THIS PLAN. AFTER ITS CONFIRMATION, AND WITHOUT FURTHER NOTICE, HEARING OR COURT ORDER, THE PLAN SHALL BE DEEMED MODIFIED BY THE INCREMENT(S) TO ITS BASE, IN AN AMOUNT EQUAL TO THE AMOUNT OF EACH INCOME TAX REFUND.

4. TRUSTEE WILL PAY ATORNEY'S FEES BEFORE ANY SECURED CREDITOR AND AFTER ATTORNEYS FEES, THE TRUSTEE WILL PAY AHEAD SECURED CREDITORS BBVA AND FORD MOTOR CREDIT AHEAD OF OTHER SECURED CREDITORS IN ORDER TO MINIMIZE INSURANCE COSTS AND MAXIMIZE DISTRIBUTION TO GENERAL UNSECURED CREDITORS.

5. STEP UP PAYMENT INI MONTH NUMBER 16 IS AT THE TIME DEBTOR PAYS OF RETIREMENT LOAN.

6. INSURANCE TO BBVA THROUGH EASTERN AMERICA INSURANCE CO. AT THE END OF SALES CONTRACT IN THE APROXIMATE AMOUNT OF 500.00 DISBURSEMENT TO EASTERN AMERICA INSURANCE TO BEGIN AT END OF THE SALES CONTRACT ON JUNE 2011.

7. ADEQUATE PROTECTION PAYMENT TO BBVA UNTIL CONFIRMATION $50.00 TO BE PAID BY TRUSTEE MONTHLY.

8. INSURANCE TO FORD MOTOR CREDIT THROUGH EASTERN AMERICA INSURANCE CO. AT THE END OF SALES CONTRACT IN THE APROXIMATE AMOUNT OF 500.00 DISBURSEMENT TO EASTERN AMERICA INSURANCE TO BEGIN AT END OF THE SALES CONTRACT ON JUNE 2011.

9. ADEQUATE PROTECTION PAYMENT TO FORD MOTOR CREDIT UNTIL CONFIRMATION $50.00 TO BE PAID BY TRUSTEE MONTHLY.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**11-04522-13 Notice will be electronically mailed to:**

JOSE RAMON CARRION MORALES
newecfmail@ch13-pr.com

MONSITA LECAROZ ARRIBAS
ustpregion21.hr.ecf@usdoj.gov

MARILYN VALDES ORTEGA on behalf of Debtors
valdeslaw@prtc.net

**I HEREBY CERTIFY:** That I have mailed by regular mail to all creditors listed.

**11-04522-13 Notice will not be electronically mailed to:**

AEELA
P.O. BOX 364508
SAN JUAN, PR  00936-4508

BBVA BANCO
PO BOX 364745
SAN JUAN, PR  00936-4745

CHEMPROD CORP
URB INDTL CORREA
PO BOX 1886
BAYAMON, PR  00961

CITIFINANCIAL
CARR PR149 INT. PR2
MANATI CENTRO PLAZA LOCAL 8
MANATI, PR  00674

COOP A/C MOROVENA
PO BOX 577
MOROVIS, PR  00687-0557

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN, PR  00902

DEPARTAMENTO DEL TRABAJO
AVE. MUÑOZ RIVERA 505
HATO REY, PR  00918

DORADO CONCRETE
PO BOX 360620
SAN JUAN, PR  00936-0620

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR  00902-0192

FORD MOTOR CREDIT
PO BOX 71532
SAN JUAN, PR  00936-8632

HEALTH DISTILLERS INTERNATIONAL
PO BOX 363885
SAN JUAN, PR  00936-3885

RG MORTGAGE
PO BOX 362394
SAN JUAN, PR  00936-2394

SAM'S CLUB
P.O. BOX 530942
ATLANTA, GA  30353-0942

VENTANAS DEL NORTE
CARR 670
BUZON 81-1
MANATI, PR  00674

WAL-MART
PO BOX 530927
ATLANTA, GA  30353-0927